

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2017

No. 04-17-00119-CR

Jasmine **SIMMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10245
Honorable Jefferson Moore, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on July 13, 2017. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to August 14, 2017. On August 10, 2017, the appellant filed a motion requesting an additional extension of time to file the brief until September 13, 2017, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by September 13, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk